**Marshall O. POTTER, Jr.,**
**Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

**No. 2006–7308.**

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2007.

Before MAYER, LINN and PROST,
Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**LAROSA'S INTERNATIONAL FUEL**
**CO., INC. and Joseph Larosa,**
**Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–**
**Cross Appellant.**

**No. 2007–5017, 2007–5041.**

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).